# SERVICE COPY



D4767679

# CITATION

T'SHYRA WARNER
(Plaintiff)

VS

G4S SECURE SOLUTIONS (USA) INC.
(Defendant)

NUMBER C-698835   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   G4S SECURE SOLUTIONS (USA) INC.
      THROUGH ITS REGISTERED AGENT FOR SERVICE:
      TEH PRENTICE-HALL CORPORATION SYSTEM, INC.,
      501 LOUISIANA AVENUE
      BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2020**.



*Myrikle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LAMBREMONT, PAUL B**
                     **(225) 928-7524**

*The following documents are attached:
**PETITION FOR DAMAGES, REQUEST FOR NOTICE**

## SERVICE INFORMATION:

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:** After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**



RECEIVED
AUG 25 2020
EBR SHERIFF'S OFFICE

# Exhibit A

EAST BATON ROUGE PARISH
Filed Aug 13, 2020 3:32 PM
Deputy Clerk of Court
E-File Received Aug 13, 2020 12:31 PM

C-698835
23

## 19th JUDICIAL DISTRICT COURT

## PARISH OF EAST BATON ROUGE

## STATE OF LOUISIANA

NUMBER: _____          DIVISION: _____

### T'SHYRA WARNER

### VERSUS

### G4S SECURE SOLUTIONS (USA) INC.

*************************************************************************

**PETITION FOR DAMAGES AND/OR ALL RECOVERY ALLOWABLE UNDER LA. R.S. 23:322, *ET SEQ.* AND THE FAMILY AND MEDICAL LEAVE ACT OF 1993**

The petition of T'Shyra Warner, a major competent resident of the Parish of East Baton Rouge, State of Louisiana, respectfully represents the following:

1.

Made defendant herein is G4S Secure Solutions (USA) Inc., a foreign corporation licensed to and doing business in the Parish of East Baton Rouge, State of Louisiana.

2.

Defendant is justly and truly indebted unto your petitioner for damages and all other recovery allowed under La. R.S. 23:322, *et seq.* and the Family and Medical Leave Act of 1993 (FMLA), 29 U.S.C.A. § 2601, *et seq.*, for the following reasons, to wit:

3.

Petitioner began working for defendant and was employed at $14.00 per hour in hourly wage, with defendant herein at the time of disability discrimination, which discrimination was caused by her firing, alleged as Petitioner's voluntary desire to "quit" her employment.

4.

Petitioner shows that she was terminated from defendant on August 14, 2019 and provided a separation notice which stated that she voluntarily quit her employment.

5.

However, Petitioner shows that she was an American suffering with a disability, at the time of her termination, and that she was unable to attend work due to medical treatment rendered for her disability.

Certified True and Correct Copy
CertID: 2020081900387

*Myrikle Rosette*

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/19/2020 11:04 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

6.

Petitioner shows that she was scheduled for a surgery for removal of an abnormality causing her difficulty using her right hand and arm, on August 14, 2019, and petitioner shows that she requested time off from work for performance of this surgery.

7.

However, Petitioner shows that she was not provided with any FMLA leave to have her aforementioned surgical procedure performed, and Petitioner shows that she was terminated by the defendant as result of having to miss work for her aforementioned surgical procedure.

8.

Petitioner further shows that on August 14, 2019, she was terminated from her employment with defendant, with her separation notice stating that she "voluntarily quit" however, Petitioner shows she did not quit her position with defendant herein, and shows that her termination was prohibited against her as a person suffering from a disability, which is prohibited under La. R.S. 23:322 *et seq.*

9.

Petitioner further shows at the time of her termination, she was not given opportunity to take FMLA leave.

10.

Petitioner thus shows that she was unlawfully discriminated against when she was terminated from her position with the defendant, in violation of La. R.S. 23:322 *et seq.* and/or the Family and Medical Leave Act of 1993, 29 U.S.C.A. § 2601, *et seq.*

11.

Petitioner shows that as the result of the aforementioned prohibited discrimination on the part of the defendant and/or their or employees, petitioner has sustained damages, including embarrassment, humiliation, grief, mental anguish, front pay, lost wages, back pay, compensatory damages, and/or lost benefits, all of which are claimed as damages herein.

12.

Petitioner further shows that she is entitled to recover from the defendant the above-mentioned damages, as well as any other damages or remedies available to her under La. R.S.


**Certified True and Correct Copy**
CertID: 2020081900387

Myrikle Rosette
East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/19/2020 11:04 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

23:322 *et seq.* or any other provision of state or federal law, including, but not limited to, attorneys fees, costs, punitive and/or exemplary damages, and any other element of damages or recovery warranted under the facts and premises of this lawsuit.

13.

Petition further shows that she is entitled to recover from the defendant the above-mentioned damages, as well as any other damages or remedies available to her under the Family and Medical Leave Act of 1993, 29 U.S.C.A. § 2601, *et seq.*, or any other provision of state or federal law, including but not limited to, wages, employment benefits, and/or any other compensation denied or lost to Mrs. Hayes per result of the FMLA violation, and any other element of damages or recovery warranted under the facts and premises of this lawsuit.

**WHEREFORE, PETITIONER PRAYS** that her petition be filed herein, and that the defendant be served with a copy of same and cited to appear and answer same, and that, after due proceedings are had, there be judgment herein in favor of the petitioner and against the defendant for any and all damages and/or recovery which may be proven at trial and warranted under the circumstances and premises of this lawsuit, including compensatory damages, front pay, back pay, lost benefits, statutory damages, punitive damages, and/or attorneys fees, plus all costs of these proceedings, including expert witness fees, any applicable penalties, and legal interest on all amounts so awarded from date of judicial demand until paid.

**PETITIONER FURTHER PRAYS** for all general and equitable relief and any and all orders of the Court necessary under the circumstances.

BY ATTORNEYS:

Raul B. Lambremont (#33,583)
4550 North Boulevard, Ste. 220
Baton Rouge, LA 70806
Tel: (225) 928-7524
Fax: (225) 928-7622
Attorneys for petitioner,
T'Shyra Warner

**PLEASE SERVE DEFENDANT:**

G4S Secure Solutions (USA) Inc
Through its registered agent for service:
The Prentice-Hall Corporation System, Inc
501 Louisiana Avenue
Baton Rouge, LA 70802

*Myrikle Rosette*



Certified True and
Correct Copy
CertID: 2020081900387

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/19/2020 11:04 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

EAST BATON ROUGE PARISH
Filed Aug 13, 2020 3:32 PM
Deputy Clerk of Court
E-File Received Aug 13, 2020 12:31 PM

C-698835
23

# 19th JUDICIAL DISTRICT COURT

# PARISH OF EAST BATON ROUGE

# STATE OF LOUISIANA

NUMBER: _____                    DIVISION: _____

## T'SHYRA WARNER

## VERSUS

## G4S SECURE SOLUTIONS (USA) INC.

*****************************************************************

## REQUEST FOR NOTICES

TO:   Honorable Louise Bond
      Clerk of Court

In accordance with Louisiana Code of Civil Procedure Article 1572, you are hereby requested to give us notice by mail ten days (10) in advance of the date fixed for trial or hearing of this case, whether on exceptions, motions, rules, or on the merits.

We also request immediate notice of all orders or judgments, whether interlocutory or final, made or rendered in this case upon the rendition thereof as provided by Louisiana Code of Civil Procedure Articles 1913 and 1914, including notice of judgment in the event this case is taken under advisement of if the judgment is not signed at the conclusion of the trial.

BY ATTORNEYS:

_____
Paul B. Lambremont (#33,583)
4550 North Boulevard, Ste. 220
Baton Rouge, LA 70806
Tel: (225) 928-7524
Fax: (225) 928-7622
Attorneys for petitioner,
T'Shyra Warner

**PLEASE SERVE WITH PETITION:**

Myrikla Rosette

Certified True and Correct Copy
CertID: 2020081900388

East Baton Rouge Parish
Deputy Clerk of Court

Generated Date:
8/19/2020 11:04 AM

Alteration and subsequent re-filing of this certified copy may violate La. R.S. 14:132, 133, and/or RPC Rule 3.3(a)(3).

# RETURN COPY



**D4767679**

## CITATION

T'SHYRA WARNER
(Plaintiff)

VS

G4S SECURE SOLUTIONS (USA) INC.
(Defendant)

NUMBER C-698835   SEC. 23

19th JUDICIAL DISTRICT COURT

PARISH OF EAST BATON ROUGE

STATE OF LOUISIANA

TO:   G4S SECURE SOLUTIONS (USA) INC.
      THROUGH ITS REGISTERED AGENT FOR SERVICE:
      TEH PRENTICE-HALL CORPORATION SYSTEM, INC.,
      501 LOUISIANA AVENUE
      BATON ROUGE, LA 70802

GREETINGS:

Attached to this citation is a certified copy of the petition*. The petition tells you what you are being sued for.
You must EITHER do what the petition asks OR, within fifteen (15) days after you have received these documents, you must file an answer or other legal pleading in the office of the Clerk of Court at 300 North Boulevard, Baton Rouge, Louisiana. If you do not do what the petition asks, or if you do not file an answer or legal pleading within fifteen (15) days, a judgment may be rendered against you without further notice.
This citation was issued by the Clerk of Court for East Baton Rouge Parish on **AUGUST 19, 2020.**



*Myrihle Rosette*

*Deputy Clerk of Court for*
**Doug Welborn, Clerk of Court**

**Requesting Attorney: LAMBREMONT, PAUL B**
                     **(225) 928-7524**

*The following documents are attached:
**PETITION FOR DAMAGES, REQUEST FOR NOTICE**

**SERVICE INFORMATION:**

Received on the _____ day of _____, 20____ and on the _____ day of _____, 20_____, served on the above named party as follows:
**PERSONAL SERVICE:** On the party herein named at _____.

**DOMICILIARY SERVICE:** On the within named _____, by leaving the same at his domicile in this parish in the hands of _____, a person of suitable age and discretion residing in the said domicile at _____.

**SECRETARY OF STATE:** By tendering same to the within named, by handing same to _____.

**DUE AND DILIGENT:**   After diligent search and inquiry, was unable to find the within named _____ or his domicile, or anyone legally authorized to represent him.

**RETURNED:** Parish of East Baton Rouge, this _____ day of _____, 20_____.

SERVICE:$_____
MILEAGE$_____
TOTAL:  $_____

_____
Deputy Sheriff
Parish of East Baton Rouge

**CITATION-2000**